IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Israel Tapia,<br><br>                    Petitioner,<br><br>vs.<br><br>Dennis R. Smith,<br><br>                    Respondent. | No. CV11-2314 PHX DGC<br><br>**ORDER** |

Petitioner Israel Tapia has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241(c)(3). Doc. 1. United States Magistrate Judge Mark E. Aspey has issued a report and recommendation ("R&R") recommending that the petition be denied. Doc. 15. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and deny the petition.

**IT IS ORDERED:**

1. The R&R (Doc. 15) is **accepted**.
2. The petition for writ of habeas corpus (Doc. 1) is **denied**.
3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**

1      4.     The Clerk is directed to **terminate** this action.

2      Dated this 19th day of April, 2012.

_____
David G. Campbell
United States District Judge